■ THE PEOPLE OF THE STATE OF NEW YORK v JOSE SANTIAGO-SANTANA.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Kupferman, Sandler and Ross, JJ.